**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-29830-JPC |
| | § | |
| ALBERT ROG | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on January 9, 2014, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 11/26/2013             By:  /s/ Gus A. Paloian
                                  Trustee

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-29830-JPC |
| | § | |
| ALBERT ROG | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $7,600.00
*and approved disbursements of*      $0.00
*leaving a balance on hand of*[1] :      $7,600.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $7,600.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $1,510.00 | $0.00 | $1,510.00 |

Total to be paid for chapter 7 administrative expenses:      $1,510.00
Remaining balance:      $6,090.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:      $0.00
Remaining balance:      $6,090.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $6,090.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $78,378.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | $523.47 | $0.00 | $40.67 |
| 2 | Discover Bank | $4,658.78 | $0.00 | $361.99 |
| 3 | Portfolio Investments II LLC | $1,321.30 | $0.00 | $102.66 |
| 4 | PYOD, LLC its successors and assigns as assignee | $3,947.83 | $0.00 | $306.75 |
| 5 | PYOD, LLC its successors and assigns as assignee | $1,798.48 | $0.00 | $139.74 |
| 6 | PYOD, LLC its successors and assigns as assignee | $4,262.83 | $0.00 | $331.22 |
| 7 | PYOD, LLC its successors and assigns as assignee | $2,590.68 | $0.00 | $201.30 |
| 8 | FIA CARD SERVICES, N.A. as successor in interest | $5,127.54 | $0.00 | $398.41 |
| 9 | FIA CARD SERVICES, N.A. as successor in interest | $11,511.97 | $0.00 | $894.48 |
| 10 | RBS Citizens | $3,227.26 | $0.00 | $250.76 |
| 11 | Quantum3 Group LLC as agent for | $1,415.87 | $0.00 | $110.01 |
| 12 | Quantum3 Group LLC as agent for | $505.00 | $0.00 | $39.24 |
| 13 | WORLD'S FOREMOST BANK | $7,181.13 | $0.00 | $557.97 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 14 | American Express Centurion Bank | $10,245.03 | $0.00 | $796.04 |
| 15 | Capital One, N.A. | $428.74 | $0.00 | $33.31 |
| 16 | eCAST Settlement Corporation, assignee | $4,871.63 | $0.00 | $378.53 |
| 17 | eCAST Settlement Corporation, assignee | $14,760.96 | $0.00 | $1,146.92 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $6,090.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Gus A. Paloian
Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                            Case No. 12-29830-JPC
Albert Rog                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: acox              Page 1 of 2              Date Rcvd: Nov 27, 2013
                               Form ID: pdf006         Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2013.
```
db         +Albert Rog,    82 Whispering Rd,     Streamwood, IL 60107-2302
20013349    American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20320079    American InfoSource LP as agent for TD Bank, USA,     PO Box 248866,
             Oklahoma City, OK   73124-8866
19243475   +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
19243476  ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
19243477   +Capital 1/Carsons,    Po Box 5253,    Carol Stream, IL 60197-5253
20024492    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19243478   +Capital1/Menards,    Po Box 5253,    Carol Stream, IL 60197-5253
19243479   +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
19243480   +Chase Business Credit,    PO Box 15298,    Wilmington, DE 19850-5298
19243481   +Citizens Caf,    480 Jefferson Blvd,    Warwick, RI 02886-1359
19243482    Cook County Assessor,    County Building, Rm. 314,     Chicago, IL 60602
19762022    FIA CARD SERVICES, N.A. as successor in interest,     to Bank of America, N.A. (USA) etal,
             4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19243487   +Macy dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
19774946   +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
19243488   +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
19243489   +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
19243490   +Silverleaf Resorts,    1221 River Bend Dr.,    Suite 120,    Dallas, TX 75247-4911
19243491   +The Home Depot/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
19243492   +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
19243495  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Home Mortgage,      8480 Stagecoach Circle,
             Frederick, MD 21701)
19963307   +WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
19243493   +Wells Fargo /Tsa,    Po Box 182789,    Columbus, OH 43218-2789
19243494   +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
19243496   +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,     Lincoln, NE 68521-4463
20095666    eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19719252       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2013 02:30:06
                American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK   73124-8866
19243483       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 28 2013 02:30:18      Discover Financial,
                Po Box 15316,    Wilmington, DE 19850
19724982       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 28 2013 02:30:18      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH   43054-3025
19726678       E-mail/PDF: rmscedi@recoverycorp.com Nov 28 2013 02:24:50      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19243484       E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2013 02:28:12      Gecrb/Jc Penney,    Po Box 984100,
                El Paso, TX 79998
19243485      +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2013 02:28:14      Gecrb/Sams Club,    Po Box 981400,
                El Paso, TX 79998-1400
19243486      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 28 2013 02:09:08      Kohls/Capital One,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
19752083      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2013 02:30:03
                PYOD, LLC its successors and assigns as assignee,     of Citibank,   Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
20354251       E-mail/PDF: rmscedi@recoverycorp.com Nov 28 2013 02:28:23      Portfolio Investments II LLC,
                c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
19815557       E-mail/Text: bnc-quantum@quantum3group.com Nov 28 2013 02:09:39
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
20354252       E-mail/PDF: rmscedi@recoverycorp.com Nov 28 2013 02:28:23
                Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20095667*     eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: acox                   Page 2 of 2                   Date Rcvd: Nov 27, 2013
                              Form ID: pdf006              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2013                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2013 at the address(es) listed below:
              Gus A Paloian    gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
              Michael J Worwag    on behalf of Debtor Albert  Rog mjworwag@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```