**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 12-29830-JPC |
|---|---|---|
| | § | |
| ALBERT ROG | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $167,600.00 | Assets Exempt: | $21,400.00 |
| Total Distributions to Claimants: | $6,090.00 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,510.00 | | |

3) Total gross receipts of $7,600.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,600.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $239,439.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,510.00 | $1,510.00 | $1,510.00 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $114,356.00 | $78,378.50 | $78,378.50 | $6,090.00 |
| **Total Disbursements** | $353,795.00 | $79,888.50 | $79,888.50 | $7,600.00 |

    4). This case was originally filed under chapter 7 on 07/27/2012. The case was pending for 20 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2014     By: /s/ Gus A. Paloian
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2008 Toyota Tacoma | 1129-000 | $7,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,600.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE


### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4110-000 | $43,671.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Caf | 4110-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| | Cook County Assessor | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Silverleaf Resorts | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $190,768.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$239,439.00** | **$0.00** | **$0.00** | **$0.00** |


### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $1,510.00 | $1,510.00 | $1,510.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,510.00** | **$1,510.00** | **$1,510.00** |


### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE


### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE


### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American | 7100-000 | $0.00 | $523.47 | $523.47 | $40.67 |

**UST Form 101-7-TDR (10/1/2010)**

|   | | | | | | |
|---|---|---|---|---|---|---|
|   | InfoSource LP as agent for TD Bank, USA | | | | | |
| 2 | Discover Bank | 7100-000 | $0.00 | $4,658.78 | $4,658.78 | $361.99 |
| 3 | Portfolio Investments II LLC | 7100-000 | $0.00 | $1,321.30 | $1,321.30 | $102.66 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $3,947.83 | $3,947.83 | $306.75 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $1,798.48 | $1,798.48 | $139.74 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $4,262.83 | $4,262.83 | $331.22 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $2,590.68 | $2,590.68 | $201.30 |
| 8 | FIA CARD SERVICES, N.A. as successor in interest | 7100-000 | $0.00 | $5,127.54 | $5,127.54 | $398.41 |
| 9 | FIA CARD SERVICES, N.A. as successor in interest | 7100-000 | $0.00 | $11,511.97 | $11,511.97 | $894.48 |
| 10 | RBS Citizens | 7100-000 | $0.00 | $3,227.26 | $3,227.26 | $250.76 |
| 11 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $1,415.87 | $1,415.87 | $110.01 |
| 12 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $505.00 | $505.00 | $39.24 |
| 13 | WORLD'S FOREMOST BANK | 7100-000 | $0.00 | $7,181.13 | $7,181.13 | $557.97 |
| 14 | American Express Centurion Bank | 7100-000 | $0.00 | $10,245.03 | $10,245.03 | $796.04 |
| 15 | Capital One, N.A. | 7100-000 | $0.00 | $428.74 | $428.74 | $33.31 |
| 16 | eCAST Settlement Corporation, assignee | 7100-000 | $0.00 | $4,871.63 | $4,871.63 | $378.53 |
| 17 | eCAST Settlement Corporation, assignee | 7100-000 | $0.00 | $14,760.96 | $14,760.96 | $1,146.92 |
|   | Amex | 7100-000 | $10,071.00 | $0.00 | $0.00 | $0.00 |
|   | Bank Of America | 7100-000 | $11,627.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Bank Of America | 7100-000 | $5,127.00 | $0.00 | $0.00 | $0.00 |
| Capital 1/Carsons | 7100-000 | $469.00 | $0.00 | $0.00 | $0.00 |
| Capital1/Menards | 7100-000 | $3,481.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $14,564.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $4,803.00 | $0.00 | $0.00 | $0.00 |
| Chase Business Credit | 7100-000 | $14,347.00 | $0.00 | $0.00 | $0.00 |
| Chase Business Credit | 7100-000 | $17,999.00 | $0.00 | $0.00 | $0.00 |
| Discover Financial | 7100-000 | $4,639.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/Jc Penney | 7100-000 | $1,259.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/Sams Club | 7100-000 | $87.00 | $0.00 | $0.00 | $0.00 |
| Kohls/Capital One | 7100-000 | $396.00 | $0.00 | $0.00 | $0.00 |
| Macy dsnb | 7100-000 | $358.00 | $0.00 | $0.00 | $0.00 |
| Macy dsnb | 7100-000 | $15.00 | $0.00 | $0.00 | $0.00 |
| Rbs Citizens Na | 7100-000 | $3,152.00 | $0.00 | $0.00 | $0.00 |
| Sears/Cbna | 7100-000 | $3,839.00 | $0.00 | $0.00 | $0.00 |
| Sears/Cbna | 7100-000 | $1,818.00 | $0.00 | $0.00 | $0.00 |
| The Home Depot/Cbna | 7100-000 | $4,309.00 | $0.00 | $0.00 | $0.00 |
| The Home Depot/Cbna | 7100-000 | $2,450.00 | $0.00 | $0.00 | $0.00 |
| Tnb - Target | 7100-000 | $489.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo /Tsa | 7100-000 | $1,305.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Bank | 7100-000 | $688.00 | $0.00 | $0.00 | $0.00 |
| Worlds Foremost Bank N | 7100-000 | $7,064.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $114,356.00 | $78,378.50 | $78,378.50 | $6,090.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 12-29830-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ROG, ALBERT | Date Filed (f) or Converted (c): | 07/27/2012 (f) |
| For the Period Ending: | 4/15/2014 | §341(a) Meeting Date: | 09/21/2012 |
| | | Claims Bar Date: | 08/06/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Estate Located at 82 Whispering Rd, Streamwood IL 60107 | $180,000.00 | $0.00 | | $0.00 | FA |
| 2 | Timeshare , Silverleaf | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Personal Checking account with Chase bank | $100.00 | $100.00 | | $0.00 | FA |
| 4 | Personal Savings account with Chase Bank | $50.00 | $50.00 | | $0.00 | FA |
| 5 | Personal Checking account with Charter One Bank | $100.00 | $100.00 | | $0.00 | FA |
| 6 | Miscellaneous Household Goods and Used Furniture | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 7 | Used books, compact discs family pictures | $150.00 | $150.00 | | $0.00 | FA |
| 8 | Used Personal Clothing | $700.00 | $700.00 | | $0.00 | FA |
| 9 | 2008 Toyota Tacoma | $16,000.00 | $4,600.00 | | $7,600.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$198,600.00     $7,200.00     $7,600.00     $0.00

**Major Activities affecting case closing:**
The Trustee administered the asset and the proceeds from the sale of Debtor's vehicle were deposited into the Estate account on May 2, 2013. The claims bar date is August 6, 2013.
The Trustee will analyze the claims and close the case.

**Initial Projected Date Of Final Report (TFR):** 09/30/2013     **Current Projected Date Of Final Report (TFR):** 11/30/2013     /s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-29830-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ROG, ALBERT | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8972 | Checking Acct #: | ******0232 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | ALBERT ROG |
| For Period Beginning: | 7/27/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2013 | (9) | ALBERT J. ROG | PROCEEDS FROM SALE OF VEHICLE | 1129-000 | $7,600.00 | | $7,600.00 |
| 01/09/2014 | 1001 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $1,510.00 | $6,090.00 |
| 01/09/2014 | 1002 | American InfoSource LP as agent for TD Bank, USA | Claim #: 1; Distribution Dividend: 7.77; | 7100-000 | | $40.67 | $6,049.33 |
| 01/09/2014 | 1003 | Discover Bank | Claim #: 2; Distribution Dividend: 7.77; | 7100-000 | | $361.99 | $5,687.34 |
| 01/09/2014 | 1004 | Portfolio Investments II LLC | Claim #: 3; Distribution Dividend: 7.77; | 7100-000 | | $102.66 | $5,584.68 |
| 01/09/2014 | 1005 | PYOD, LLC its successors and assigns as assignee | Claim #: 4; Distribution Dividend: 7.77; | 7100-000 | | $306.75 | $5,277.93 |
| 01/09/2014 | 1006 | PYOD, LLC its successors and assigns as assignee | Claim #: 5; Distribution Dividend: 7.77; | 7100-000 | | $139.74 | $5,138.19 |
| 01/09/2014 | 1007 | PYOD, LLC its successors and assigns as assignee | Claim #: 6; Distribution Dividend: 7.77; | 7100-000 | | $331.22 | $4,806.97 |
| 01/09/2014 | 1008 | PYOD, LLC its successors and assigns as assignee | Claim #: 7; Distribution Dividend: 7.77; | 7100-000 | | $201.30 | $4,605.67 |
| 01/09/2014 | 1009 | FIA CARD SERVICES, N.A. as successor in interest | Claim #: 8; Distribution Dividend: 7.77; | 7100-000 | | $398.41 | $4,207.26 |
| 01/09/2014 | 1010 | FIA CARD SERVICES, N.A. as successor in interest | Claim #: 9; Distribution Dividend: 7.77; | 7100-000 | | $894.48 | $3,312.78 |
| 01/09/2014 | 1011 | RBS Citizens | Claim #: 10; Distribution Dividend: 7.77; | 7100-000 | | $250.76 | $3,062.02 |
| 01/09/2014 | 1012 | Quantum3 Group LLC as agent for | Claim #: 11; Distribution Dividend: 7.77; | 7100-000 | | $110.01 | $2,952.01 |
| 01/09/2014 | 1013 | Quantum3 Group LLC as agent for | Claim #: 12; Distribution Dividend: 7.77; | 7100-000 | | $39.24 | $2,912.77 |
| 01/09/2014 | 1014 | WORLD'S FOREMOST BANK | Claim #: 13; Distribution Dividend: 7.77; | 7100-000 | | $557.97 | $2,354.80 |
| 01/09/2014 | 1015 | American Express Centurion Bank | Claim #: 14; Distribution Dividend: 7.77; | 7100-000 | | $796.04 | $1,558.76 |
| 01/09/2014 | 1016 | Capital One, N.A. | Claim #: 15; Distribution Dividend: 7.77; | 7100-000 | | $33.31 | $1,525.45 |
| 01/09/2014 | 1017 | eCAST Settlement Corporation, assignee | Claim #: 16; Distribution Dividend: 7.77; | 7100-000 | | $378.53 | $1,146.92 |
| 01/09/2014 | 1018 | eCAST Settlement Corporation, assignee | Claim #: 17; Distribution Dividend: 7.77; | 7100-000 | | $1,146.92 | $0.00 |
| | | | | **SUBTOTALS** | $7,600.00 | $7,600.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-29830-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ROG, ALBERT | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8972 | Checking Acct #: | ******0232 |
| Co-Debtor Taxpayer ID #: | | Account Title: | ALBERT ROG |
| For Period Beginning: | 7/27/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |
|---|---|---|---|---|
| | TOTALS: | $7,600.00 | $7,600.00 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | Subtotal | $7,600.00 | $7,600.00 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $7,600.00 | $7,600.00 | |

**For the period of 7/27/2012 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/02/2013 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-29830-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ROG, ALBERT | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8972 | Checking Acct #: | ******0232 |
| Co-Debtor Taxpayer ID #: | | Account Title: | ALBERT ROG |
| For Period Beginning: | 7/27/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $7,600.00 | $7,600.00 | $0.00 |

**For the period of 7/27/2012 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/27/2012 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |